IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | |
|---|---|
| TIBER AVIATION, S.r.l., § § Plaintiff, § § VS. § § TEXTRON FINANCIAL CORPORATION, § BELL HELICOPTER TEXTRON, § INC., UNITED ROTOCRAFT SOLUTIONS, § L.L.C., HELICOPTEROS Y VEHICULOS § AEREAS NACIONALES, S.A. de C.V., § AND UNITED STATES OF AMERICA, § DEPARTMENT OF COMMERCE, § § Defendants, § § and § § THE BELL 412EP HELICOPTER § BEARING SERIAL NUMBER 36252 § AND TAIL NUMBER XA-HVN, § § Third-Party Defendant. § | NO. 4:09-CV-471-A (Consolidated with No. 4:10-CV-232-A) |

ORDER

Consistent with the discussion held and rulings made during the pre-trial conference held February 7, 2011, between the court and counsel for plaintiff, Tiber Aviation, S.r.l., and defendants, Bell Helicopter Textron, Inc., Textron Financial Corporation ("Textron"), Helicopteros Y Vehiculos Aereas Nacionales, S.A. de C.V., and United States of America,

The court ORDERS that the forfeiture action initiated by United States be, and is hereby, dismissed with prejudice, and that

the forfeiture action filed by United States as case number 4:10-CV-232-A be, and is hereby, closed.

The court further ORDERS that the style of this action be amended by the removal of United Rotorcraft Solutions, L.L.C., United States of America, Department of Commerce, and The Bell 412EP Helicopter Bearing Serial Number 36252 and Tail Number XA-HVN, such that from this point forward the style of the case shall be as follows:

| | | |
|---|---|---|
| TIBER AVIATION, S.r.l., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | |
| TEXTRON FINANCIAL CORPORATION, | § | NO. 4:09-CV-471-A |
| BELL HELICOPTER TEXTRON, | § | |
| INC., AND HELICOPTEROS Y VEHICULOS | § | |
| AEREAS NACIONALES, S.A. de C.V. | § | |
| | § | |
| Defendants, | § | |

SIGNED February 7, 2011.

_____
JOHN McBRYDE
United States District Judge

2