IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | | |
|---|---|---|
| TIBER AVIATION, S.r.l., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | |
| TEXTRON FINANCIAL CORPORATION, | § | |
| BELL HELICOPTER TEXTRON, | § | |
| INC., UNITED ROTOCRAFT SOLUTIONS, | § | |
| L.L.C., HELICOPTEROS Y VEHICULOS | § | |
| AEREAS NACIONALES, S.A. de C.V., | § | NO. 4:09-CV-471-A |
| AND UNITED STATES OF AMERICA, | § | (Consolidated with |
| DEPARTMENT OF COMMERCE, | § | No. 4:10-CV-232-A) |
| | § | |
| Defendants, | § | |
| | § | |
| and | § | |
| | § | |
| THE BELL 412EP HELICOPTER | § | |
| BEARING SERIAL NUMBER 36252 | § | |
| AND TAIL NUMBER XA-HVN, | § | |
| | § | |
| Third-Party Defendant. | § | |

FINAL JUDGMENT AS TO CERTAIN CLAIMS

Consistent with the order of dismissal signed by the court on the date of the signing of this final judgment as to certain claims,

The court ORDERS, ADJUDGES, and DECREES that all claims of forfeiture asserted by United States of America against defendant Textron Financial Corporation as to Bell 412EP helicopter bearing

serial number 36252 and tail number XA-HVN be, and are hereby, dismissed with prejudice.

The court further ORDERS, ADJUDGES, and DECREES that each party bear the costs of court incurred by it in this action.

SIGNED February 7, 2011.

---

JOHN MCBRYDE
United States District Judge