IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | |
|---|---|
| TIBER AVIATION, S.r.l., | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § |
| | § |
| TEXTRON FINANCIAL CORPORATION, | § NO. 4:09-CV-471-A |
| BELL HELICOPTER TEXTRON, | § |
| INC., AND HELICOPTEROS Y VEHICULOS | § |
| AEREAS NACIONALES, S.A. de C.V., | § |
| | § |
| Defendants. | § |

FINAL JUDGMENT

Consistent with the discussions held and rulings made during the telephone conference/hearing held February 11, 2011, between the court, counsel for plaintiff, Tiber Aviation, S.r.l., and counsel for defendants, Textron Financial Corporation, Bell Helicopter Textron Inc., and Helicopteros Y Vehiculos Aereas Nacionales, S.A. de C.V.,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted by any party against any other party in the above-captioned action be, and are hereby, dismissed with prejudice.

The court further ORDERS, ADJUDGES, and DECREES that each

party bear the costs incurred by that party.

SIGNED February 11, 2011.

_____
JOHN McBRYDE
United States District Judge